◼ NORTH AMERICAN ENERGY, INC., Respondent, v JONROSS MANAGEMENT CORP. et al., Appellants. [750 NYS2d 541] —Appeal from an order of Supreme Court, Chautauqua County (Gerace, J.), entered October 15, 2001, which denied defendants' motion for a change of venue.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Chautauqua County, Gerace, J. Present—Hayes, J.P., Hurlbutt, Kehoe, Burns and Lawton, JJ.